ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| | ) |
| United Contracting Group, Ltd. | ) ASBCA No. 57270 |
| | ) |
| Under Contract No. W916QW-04-D-0013 | ) |

APPEARANCES FOR THE APPELLANT:    Michael R. Charness, Esq.
                                  Bryan T. Bunting, Esq.
                                  Amanda J. Dietrick, Esq.
                                    Vinson & Elkins LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                   Daniel B. McConnell, Esq.
                                   Jeremy Becker-Welts, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Middle East
                                     Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  4 September 2014

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57270, Appeal of United Contracting Group, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals